# UNITED STATES DISTRICT COURT
for the
District of Kansas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.   23-M-6018-01-KGG
)
the Premises and Devices located at )
210 E MAIN STREET, ALDEN, KANSAS )
as further described in Attachment A )

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Kansas
*(identify the person or describe the property to be searched and give its location)*:

the Premises and Devices located at 210 E MAIN STREET, ALDEN, KANSAS, as further described in Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

YOU ARE COMMANDED to execute this warrant on or before **Feb. 7, 2023**  *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ the Honorable Kenneth G. Gale _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   **Jan 24, 2023**                            *(Judge's signature)*

City and state:   Wichita, KS                            The Honorable Kenneth G. Gale, US Magistrate Judge
                                                        *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-M-6018-01-KGG | 01/25/2023, 6:00 A.M. | EMMA GERMAN |

Inventory made in the presence of:
EMMA GERMAN

Inventory of the property taken and name of any person(s) seized:

Please see attached Evidence Recovery Log.

KRS
01/26/2023

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 01/26/2023

_Kasev Sundar_
Executing officer's signature

KASEV SUNDAR, FBI SPECIAL AGENT
Printed name and title

Print     Save As...     Reset

# EVIDENCE RECOVERY LOG
*PRINT LEGIBLY*

CONTINUATION PAGE
PAGE 1 OF 2

## GENERAL INFORMATION (COPY DATA FROM PAGE ONE)

| DATE | CASE ID | LOCATION | PREPARER/ASSISTANTS |
|---|---|---|---|
| 1/25/2023 | 305I.KC.3469646 | 210 E. Main St. Alden KS 67512 | Mindy Williams / Kayla Bradley |

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (if needed) |
|---|---|---|---|---|---|
| 1 | Paperwork for proof of address | A2-0 building, left upper cabinet | Williams/Sunder | P.B. | (Pink bag) |
| 2 | Various discs | A2-0 building - table next to chair | Coleman/Sunder | B.S. | (Brown paper sack) |
| 3 | Hyundai - Tablet black | A2-0 building, table by couch | Rempel/Sunder | P.B. | |
| 4 | Onn black Kids - midi035, Tablet | A2-0 building, on couch | Ehret/Sunder | P.B. | |
| 5 | Dell laptop - silver P/N# DR139A00 | A2-0 building, Rt. hand cabinet in black bag | Williams/Sunder | P.B. | |
| 6 | Silver dell laptop P/N #5673A00 | A2-0 building, Rt. hand cabinet in black bag | Williams/Sunder | P.B. | |
| 7 | Silver dell P/N H4469A00 | Building A2-0, Rt. hand cabinet in black bag | Williams/Sunder | P.B. | |
| 8 | Silver Chromebook w/ charger LXSHEA004124080417600 | Building A2-0, Rt. hand cabinet in black bag | Williams/Sunder | P.B. | |
| 9 | Harddrive - storage Silver | Building A2-0, in a box on floor | Mitchell/Sunder | P.B. | |
| 10 | DVD Player w/ DVD B0BLB15489339 | Building A2-0 - plugged in to #11 on table next to chair | Ehret/Sunder | P.B. | |
| 11 | Red HP laptop w/ charger 5CD1645B0C4 | Building A2-0, table next to chair | Ehret/Sunder | P.B. | |
| 12 | Harddrive S# MPV2PAX HCU4KNAA | Building A2-0, table next to chair | Ehret/Sunder | P.B. | |
| 13 | - Red Sandisc - 64G - Thumb drive - Nano receiver logitc | Building A2-0 - kitchen table | Coleman/Sunder | P.B. | |
| 14 | Docs in black bag | Building A2-0, left upper cabinet | Williams/Sunder | P.B. | |

# EVIDENCE RECOVERY LOG
PRINT LEGIBLY

CONTINUATION PAGE
PAGE 2 OF 2

## GENERAL INFORMATION (COPY DATA FROM PAGE ONE)

**DATE:** 1/25/2023
**CASE ID:** 305I.KC3669416
**LOCATION:** 310 E. Main St, Alden, KS 67512
**PREPARER/ASSISTANTS:** Mindy Munora, Kayla Bradley

| ITEM # | DESCRIPTION | WHERE FOUND | RECOVERED BY / OBSERVED BY (Last name) | PACKAGING METHOD | COMMENTS (if needed) |
|---|---|---|---|---|---|
| 15 | Rose Gold Apple I-Pad S# DLXNWQ0TGJ542 | building B4-R back corner shelf | Hollander/Sunder | P.B. | (Pink bag) |
| 16 | Black ZTE Cell Phone broken - no battery | building B4-R back corner shelf | Hollander/Sunder | P.B. | |
| 17 | Black Verizon Motorola Cell Phone | building B4-R back corner shelf | Hollander/Sunder | P.B. | |
| 18 | Minolta 35mm Camera #38526688 w/ film | building B2-L N.W. corner - black tool box - bottom drawer | Burley/Sunder | P.B. | |
| 19 | Panasonic Video Recorder SDR-S26 | building B2-L NW corner bottom drawer of black tool box | Burley/Sunder | P.B. | |
| 20 | Broken black cell phone Samsung IMEI# 354329115869957 | building B2-L NW corner floor | Sunder/Sunder | P.B. | |

## ATTACHMENT A

### DESCRIPTION OF THE PREMISES TO BE SEARCHED

The SUBJECT PREMISES is a property that contains a mobile home, a single-family home, three recreational vehicles, five sheds, and a carport. The mobile home and the single-family home are white in color. The mobile home is a single floor home, and the single-family home appears to be a two-story home. One of the recreational vehicles has the license plate 713HHZ, and the manufacturer of the recreational vehicle is Pace per a DMV check. Another recreational vehicle has the license plate 931EBB, and the manufacturer of the recreational vehicle is Winnebago per a DMV check. As mentioned earlier, I was unable to observe a license plate on the third recreational vehicle located on the SUBJECT PREMISES, but I did observe that it was white in color and parked adjacent to the recreational vehicle with the license plate 713HHZ, and both of those vehicles are located on the north side of the property. The recreational vehicle with license plate 931EBB is parked between the single-family home and one of the sheds on the property. Two of the sheds are located just east of the mobile home, one shed is located just north of the mobile home, and two sheds are located north-east side of the mobile home.


















## ATTACHMENT B
## ITEMS TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of 18 U.S.C. §§ 2252 and 2252A:

1. Computers or storage media used as a means to commit the violations described above.
2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):
    a. Evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;
    b. Evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;
    c. Evidence of the lack of such malicious software;
    d. Evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to the crime(s) under investigation and to the computer user;

  e. Evidence indicating the computer user's knowledge and/or intent as it relates to the crime(s) under investigation;
  f. Evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;
  g. Evidence of programs (and associated data) that are designed to eliminate data from the COMPUTER;
  h. Evidence of the times the COMPUTER was used;
  i. Passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;
  j. Documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;
  k. Records of or information about Internet Protocol addresses used by the COMPUTER;
  l. Records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and
  m. Contextual information necessary to understand the evidence described in this attachment.
3. Routers, modems, and network equipment used to connect computers to the Internet.
4. Child pornography and child erotica.
5. Records, information, and items relating to violations of the statutes described above including:

a. Records, information, and items relating to the occupancy or ownership of the SUBJECT PREMISES, including utility and telephone bills, mail envelopes, or addressed correspondence;

b. Records, information, and items relating to the ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access, and handwritten notes;

c. Records and information relating to the identity or location of the persons suspected of violating the statutes described above;

d. Records and information relating to the sexual exploitation of children, including correspondence and communications between users of peer-to-peer networks, including those described in the attached affidavit;

e. Records and information showing access to and/or use of peer-to-peer networks, including those described in the attached affidavit; and

f. Records and information relating or pertaining to the identity of the person or persons using or associated with the usage of peer-to-peer networks, including those described in the attached affidavit.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high-speed data processing devices performing logical, arithmetic, or storage functions,

including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded, including external and internal hard drives, flash drives, thumb drives, micro SD cards, macro SD cards, DVDs, gaming systems, SIM cards, cellular phones capable of storage, floppy disks, compact discs, magnetic tapes, memory cards, memory chips, and other magnetic or optical media.